IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| FRANK LLOYD | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CASE NO. 9:10-CV-23 |
| LARRY ROBERTS FARMS | § | |
| a/k/a/ Roberts Farms, Inc. | § | |
| AND MATTHEW FRANKLIN | § | |

## MEMORANDUM OPINION AND ORDER

Before this Court is Defendant's First Motion to Exclude Expert Testimony of Dr. Gary Kronrad (doc. #24). This case is based on an automobile accident. Plaintiff Frank Lloyd alleges he suffered back and neck injuries in the accident. Plaintiff has designated Dr. Gary Kronrad as an expert witness. Dr. Kronrad is an economist whose opinion is offered to show the present value of Plaintiff's diminished earning capacity.

Having carefully considered the pleadings and arguments of counsel, the undersigned concludes that Dr. Kronrad is qualified to testify as an expert in this case. Plaintiff has shown his testimony to be sufficiently reliable as required by *Daubert v. Merrell Dow Pharm. Inc.*, 509 U.S. 579 (1993) and F.R.E. 702. The undersigned finds that Dr. Kronrad's opinion is based upon sufficient facts or data, is the product of reliable principles and methods, and was formed by applying those principles and methods reliably to the facts of the case. It is therefore

**ORDERED** that Defendant's First Motion to Exclude Expert Testimony of Dr. Gary Kronrad (doc. #24) is **DENIED**.

So **ORDERED** and **SIGNED** this **23** day of **March, 2011.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE